CO-386
10/2018

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Greenlight Capital, Inc. | ) | Case: 1:25–mc–00075 |
| | ) | Assigned To : Unassigned |
| | ) | Assign. Date : 5/14/2025 |
| | ) | Description: Misc Case (O–DECK) |
| vs     Plaintiff | ) | Civil Action No._____ |
| | ) | |
| James Fishback | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Greenlight Capital, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Greenlight Capital, Inc._____ which have any outstanding securities in the hands of the public:

There are no such corporations.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/David A. Short
_____
Signature

90013192
_____
BAR IDENTIFICATION NO.

David A. Short
_____
Print Name

650 Massachusetts Avenue N.W., Suite 600
_____
Address

Washington, D.C. 20001
_____
City         State         Zip Code

305-372-8282
_____
Phone Number



**RECEIVED**

MAY 14 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia